UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------

**CSC Holdings, Inc.,**
          Plaintiff,

-vs-

**Robert Rook,**
          Defendants.

------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 29 2005 ★
BROOKLYN OFFICE



STANDARD REFERRAL ORDER

CV-05-283(FB)(AL)

    This civil case hereinabove set forth is referred to Magistrate Judge __LINDSAY__ for the following pre-trial purposes:

___ All of the following;
       or

Those purposes indicated below:

____1. To enter the scheduling order provided for in F.R.Civ.P. 16(b);

____2. To consider holding a discovery conference and entering the related order provided for in F.R.Civ.P. 26(f);

____3. To hear and determine any disputes arising from discovery;

____4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

____5. To prepare a pre-trial order where such order seems indicated;

____6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

____7. To file a report with the undersigned within 120 days as to the status of the case, in the event the _____ tasks set forth above are not then completed.

__XX__ 8.  __TO DETERMINE DAMAGES ON PLAINTIFF DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION.__

                              SO ORDERED.

                              s/Frederic Block
                          UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
           April 26, 2005